**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2082**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

1 9 9 2   V O L K S W A G O N   G O L F   G T I,
VIN:3VWBA21G9NM036624, Registered to Yasmin
Suzanne Crooks; $121,890 IN U. S. CURRENCY,

Defendants,

versus

YASMIN CROOKS,

Claimant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-04-258-3)

———————

Submitted: January 21, 2005        Decided: April 28, 2005

———————

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Yasmin Crooks, Appellant Pro Se. Gurney Wingate Grant, II, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yasmin Crooks appeals the district court's order granting the Government's motion to strike her pleading and entering a default judgment forfeiting property to the Government. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Crooks, No. CA-04-258-3 (E.D. Va. July 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED